UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                                                              Criminal No. 19-mj-30586

v.

Joseph Gregory DuMouchelle,

    Defendant.

---

**STIPULATION FOR ADJOURNMENT OF PRELIMINARY EXAMINATION AND FOR EXTENSION OF TIME IN WHICH TO INDICT**

---

The United States of America and defendant, Joseph Gregory DuMouchelle, hereby stipulate and agree to the following:

1. On December 5, 2019, he will make his initial appearance on the Complaint.

2. The parties agree and stipulate that the new date for preliminary examination of January 6, 2020.

3. The relevant discovery in this case is voluminous. This adjournment is necessary in order accommodate the schedules of the attorneys and to afford

DuMouchelle an opportunity to fully discuss the case with his attorney and to communicate with the government.

WHEREFORE, the parties request this Court to (1) adjourn the preliminary examination hearing from December 5, 2019 through January 6, 2020, and (2) make findings concerning excludable delay in accordance with this stipulation.

MATTHEW SCHNEIDER
United States Attorney

*/s/ Karen L. Reynolds*  
Karen L. Reynolds (P#31029)  
Assistant United States Attorney  
211 W. Fort Street, Suite 2001  
Detroit, MI 48226  
Karen.reynolds@usdoj.gov  
(313) 226-9672

s/With David S. Steingold  
David S. Steingold  
Attorney for Defendant  
500 Griswold St., Ste 2320  
Detroit, MI 48226  
detroitdefender@yahoo.com  
(313) 962-0000

Dated:  December 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                 Criminal No. 19-mj-30586

Joseph Gregory DuMouchelle,

    Defendant.

---

## ORDER ADJOURNING PRELIMINARY EXAMINATION AND EXTENDING TIME IN WHICH TO INDICT

---

    This matter coming before the Court on the stipulation of the government and defendant Joseph Gregory DuMouchelle, for the reasons stated in the stipulation, the Court

    (1) finds that this constitutes good cause for the adjournment of the preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases, see Fed. R. Crim. P. 5.1(d);

    (2) adjourns the preliminary examination and detention hearing in this case from December 5, 2019 through January 6, 2020; and

2

(3) determines that the period from December 5, 2019 through January 6, 2020, should be excluded in calculating the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b).

Dated: December 5, 2019                    s/Anthony P. Patti
                                                                   Anthony P. Patti
                                                                  United States Magistrate Judge